1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

6    JONAH AMSEL,                                          Case No. 2:16-cv-00999-RFB-GWF

7                          Plaintiff,

8              v.

9    DOUGLAS G. GERRARD, *et al.*,

10                         Defendants.

11   ─────────────────────────────

12   JULIO RIVERA,                                         Case No. 2:16-cv-01005-JAD-GWF

13                          Plaintiff,

14             v.

15   DOUGLAS G. GERRARD, *et al.*,

16                         Defendants.

17   ─────────────────────────────

     EDUARDO MALTMAN,                                      Case No. 2:16-cv-01007-JAD-GWF

18                          Plaintiff,

19             v.                                          ***AMENDED* ORDER**

20   DOUGLAS G. GERRARD, *et al.*,                         **CONSOLIDATING CASES**

21                         Defendants.

22

23

24         These three cases come before the Court on Defendant Aristotelis Eliadis's Motion to

25   Consolidate, filed on May 27, 2016, in cases 2:16-cv-00999-RFB-GWF, 2:16-cv-01005-JAD-

26   GWF, and 2:16-cv-01007-JAD-GWF. In each of the cases, Plaintiffs and Defendant Douglas D.

27   Gerrard have filed notices of non-opposition to the motions.

28         Courts may consolidate actions that involve common questions of law or fact. Fed. R.

     Civ. P. 42(a). The district court has broad discretion over whether to order consolidation, and in

1   doing so "weighs the saving of time and effort consolidation would produce against any

2   inconvenience, delay, or expense that it would cause." Huene v. United States, 743 F.2d 703, 704

3   (9th Cir. 1984).

4        The judges to whom these actions are assigned have reviewed the motions and find that

5   common questions of law and fact exist in the three cases listed above. The cases involve similar

6   parties and similar claims by plaintiffs that the defendants violated the Fair Labor Standards Act

7   and Nevada minimum-wage and overtime laws. Exercising their discretion, the undersigned

8   judges conclude that consolidation of these actions would aid in their efficient disposition.

9

10   **ORDER**

11        Accordingly,

12        **IT IS ORDERED** that Plaintiffs' Motions to Consolidate are GRANTED. Case nos.

13   2:16-cv-00999-RFB-GWF, 2:16-cv-01005-JAD-GWF, and 2:16-cv-01007-JAD-GWF are

14   consolidated, with case no. 2:16-cv-00999-RFB-GWF serving as the lead case. All further filings

15   in these cases shall be filed in the lead case.

16        **IT IS FURTHER ORDERED** that case nos. 2:16-cv-01005-JAD-GWF and 2:16-cv-

17   01007-JAD-GWF are reassigned to Judge Richard F. Boulware, II for all further proceedings.

18        **IT IS FURTHER ORDERED** that the hearings in these cases scheduled before

19   Judge Dorsey on July 11, 2016, are VACATED.

20        DATED: June 7, 2016.

21

22   _____    _____

23   **RICHARD F. BOULWARE, II**    **JENNIFER A. DORSEY**

    **United States District Judge**    **United States District Judge**

24

25

26

27

28